UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on February 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    FRANK P. MARTINES, III

        **Debtor**

Case No. 21-19913 (ABA)

Judge: Andrew B. Altenburg, Jr.

## ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE WITH PREJUDICE AND IMPOSING TWO-YEAR BAR ON FUTURE FILINGS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 23, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page Two**
**Debtors:**    **FRANK P. MARTINES, III**
**Case No.**    **21-19913 (ABA)**
**Order:**    **ORDER DISMISSING DEBTOR'S CHAPTER 13 CASE WITH PREJUDICE AND IMPOSING TWO-YEAR BAR ON FUTURE FILINGS**

---

This matter being opened by the Court upon a Motion for Relief from the Automatic Stay filed by Creditor Rittenhouse at Locust Grove Homeowners Association, Inc, and a Confirmation hearing having been conducted, and appearances having been made by Isabel C. Balboa, Chapter 13 Standing Trustee, Steven A. Silnutzer, Esquire, Counsel for Debtor, Frank P. Martines, III, and Stacey R. Patterson, Esquire, Counsel for Rittenhouse at Locust Grove Homeowners Association, Inc., and for good cause shown:

**IT IS ORDERED** that Case No. 21-19913 (ABA) is hereby dismissed with prejudice;

**IT IS FURTHERED ORDERED** that Debtor is hereby barred from filing a new bankruptcy petition, in any chapter, for a period of two-years from the date of this Order;

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.