Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−19913−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank P. Martines III
   109 Rittenhouse Dr.
   Woodbury, NJ 08096−5111

Social Security No.:
   xxx−xx−1872

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/23/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 23, 2023
JAN: har

Jeanne Naughton
Clerk

| In re: | Case No. 21-19913-ABA |
|---|---|
| Frank P. Martines, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: 148 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Frank P. Martines, III, 109 Rittenhouse Dr., Woodbury, NJ 08096-5111 |
| poa | + | Maria Martines, 109 Rittenhouse, Deptford, NJ 08096-5111 |
| 519474055 | + | Central Financial Control, 1500 S. Douglas Rd, Anaheim, CA 92806-6911 |
| 519474054 | + | Central Financial Control, PO Box 66051, Anaheim, CA 92816-6051 |
| 519474059 | | Deptford Twp MUA, PO Box 5428, Deptford, NJ 08096-0428 |
| 519474069 | | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 519474072 | + | Law Offices Of Faloni & Associates, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 519510450 | + | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 519474076 | + | North Star Capital Acquisition, 220 John Glenn Dr., #100, Amherst NY 14228-2246 |
| 519474082 | + | PSE&G Bankruptcy Dept, 80 Park Plaza, PO Box 570, Newark, NJ 07101-0570 |
| 519474083 | + | Retail Recovery Service, 190 Moore Street, Suite 300, Hackensack, NJ 07601-7418 |
| 519474084 | + | Rittenhouse at Locust Grove, Homeowners Association Inc., First Service Residential, 125 6th Ave Ste 201, Mount Laurel, NJ 08054-1801 |
| 519474085 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519513720 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519474090 | | Underwood Hospital, 595 N. Broad St, Woodbury, NJ 08096 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Feb 23 2023 20:52:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 23 2023 20:52:00 | Deutsche Bank National Trust Company, as Trustee f, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd., Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2023 20:53:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2023 20:53:00 | Santander Consumer USA Inc. dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 519474050 | + | Email/Text: bky@americanprofit.net | Feb 23 2023 20:53:00 | American Profit Recovery, 34405 W 12 Mile Road, Ste 379, Farmington Hills, MI 48331-5608 |
| 519474051 | + | Email/Text: djb@ansellgrimm.com | Feb 23 2023 20:53:00 | Ansell Grimm & Aaron, PC, 214 Carnegie Center Suite 112, Princeton, NJ 08540-6237 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519474052 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 23 2023 20:52:00 | Caine & Weiner, PO BOX 55848, Sherman Oaks, CA 91411 |
| 519474053 | | EDI: CAPITALONE.COM | Feb 24 2023 01:44:00 | Capital One Bank, PO Box 85015, Richmond, VA 23285 |
| 519474057 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2023 20:53:00 | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 519474058 | + | EDI: CCS.COM | Feb 24 2023 01:49:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519499224 | + | Email/Text: dtmua-am@deptford-nj.org | Feb 23 2023 20:53:00 | Deptford Township MUA, 898 Cattell Rd, Wenonah NJ 08090-1521 |
| 519474062 | | Email/Text: rj@ffcc.com | Feb 23 2023 20:52:00 | First Federal Credit Control, 24700 Chagrin Blvd Ste 205, Cleveland, OH 44122 |
| 519474060 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Feb 23 2023 20:52:00 | Fein ,Such Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 519474063 | + | EDI: AMINFOFP.COM | Feb 24 2023 01:49:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519474067 | | EDI: IRS.COM | Feb 24 2023 01:44:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519474068 | | EDI: JEFFERSONCAP.COM | Feb 24 2023 01:49:00 | Jefferson Capital System, 16 Mceland Road, Saint Cloud, MN 56303 |
| 519474073 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2023 20:56:25 | LVNV Funding, Po Box 740281, Houston, TX 77274-0281 |
| 519477600 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2023 20:56:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519474074 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2023 20:53:00 | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 519474075 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 23 2023 20:52:00 | NewRez, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 519474077 | ^ | MEBN | Feb 23 2023 20:49:50 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519486594 | | EDI: LCIPHHMRGT | Feb 24 2023 01:44:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 519474079 | | EDI: PRA.COM | Feb 24 2023 01:49:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519525888 | | EDI: PRA.COM | Feb 24 2023 01:49:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519511388 | | EDI: PRA.COM | Feb 24 2023 01:49:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519522385 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2023 20:56:33 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519517162 | + | EDI: JEFFERSONCAP.COM | Feb 24 2023 01:49:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519487816 | + | Email/Text: RASEBN@raslg.com | Feb 23 2023 20:52:00 | ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 519514083 | + | Email/Text: djb@ansellgrimm.com | Feb 23 2023 20:53:00 | Rittenhouse at Locust Grove, Homeowners Association Inc, c/o Ansell Grimm & Aaron PC, 214 Carnegie Center Suite 112, Princeton, NJ 08540-6237 |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|
| 519510451 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2023 20:53:00 | Santander Consumer USA Inc., dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 519482007 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 23 2023 20:53:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519474086 | | EDI: AISTMBL.COM | Feb 24 2023 01:44:00 | Tmobile, PO Box 742596, Cincinnati, OH 45274 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519487274 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F |
| 519474056 | *+ | Central Financial Control, PO Box 66051, Anaheim, CA 92816-6051 |
| 519474061 | *+ | Fein, Such, Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 519474064 | *+ | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519474065 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519474066 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 519474070 | * | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 519474071 | * | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 519474078 | * | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519474080 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519474081 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519474087 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Tmobile, PO Box 742596, Cincinnati, OH 45274 |
| 519474088 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Tmobile, PO Box 742596, Cincinnati, OH 45274 |
| 519474089 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Tmobile, PO Box 742596, Cincinnati, OH 45274 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold N. Kaplan | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSRPM Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1 hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| | |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSRPM Mortgage Loan Trust 2007-1 Mortgage Pass-Through Certificates, Series 2007-1 kimwilson@raslg.com |
| Stacey R. Patterson | on behalf of Creditor Rittenhouse at Locust Grove Homeowners Association Inc. srp@ansellgrimm.com |
| Steven A. Silnutzer | on behalf of Power of Attorney Maria Martines stevenasil2000@yahoo.com G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven A. Silnutzer | on behalf of Debtor Frank P. Martines III stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9